
FILED
7/6/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 10 2016 EAA
6-10-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Courtney Robinson
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart
_____

16c 6119
Judge Robert M. Dow, Jr
Magistrate Judge Sidney I. Schenkier
PC 2

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:           <u>AMENDED COMPLAINT</u>

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code** (state, county, or municipal defendants)

___    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code** (federal defendants)

___    **OTHER** (cite statute, if known) -

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Courtney Robison

   B. List all aliases: N/A

   C. Prisoner identification number: 2014-0214265

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002, Chicago Illinois 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas J. Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County Sheriff Office

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Courtney Robinson I'm currently Incarcerated in the Cook County Jail (CCDOC). This lawsuit is being filed for being housed in an inhumane Confinement, the living Conditions are of a Condemed Building. The Showers were full of mold, Rust, mildew and asbestos had to be in the air. A lack of hot water, and Rodent, Insects Infestation.

Incarcerated person are entitled to Confinement Under Human Conditions that Satisfy Basic Human Needs. The division one is full of Cock Roaches, Knats and Insects and I never recieved Religios Services While I was there

Reviewed: 8/2013

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am ask for punitive damages, and Compensatory damages.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this MAY day of 31, 20 16

Courtney Robinson
(Signature of plaintiff or plaintiffs)

Courtney Robinson
(Print name)

2014-0314-216
(I.D. Number)

P.O box 089002 Chicago IL 60608
(Address)

6  Reviewed: 8/2013

Courtney Robinson
ID # 2014-0214265
P.O Box 089002
Chicago IL 60608



2016 JUN 10 AM 10:45

16c 6119
Judge Robert M. Dow, Jr
Magistrate Judge Sidney I. Schenkier
PC 2

United States District Court
219 S. Dearborn Street
Chicago Illinois 60604.